# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 06-809V
### (Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                            *
ROBERT T. BEVILL                            *
and JANICE BEVILL, parents and              *
natural guardians of RCB, a minor,          *
                                            *
                 Petitioners,               *
                                            *        Filed:  January 6, 2016
       v.                                   *
                                            *        Decision on Attorneys'
SECRETARY OF HEALTH AND                     *        Fees and Costs
HUMAN SERVICES                              *
                                            *
                 Respondent.                *
                                            *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DECISION (ATTORNEYS' FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] I issued a Decision on September 14, 2015. On January 4, 2016, the parties filed a joint stipulation of fact concerning attorneys' fees and costs in this matter. The parties' stipulation requests a total payment of $7,267.25, representing attorneys' fees and costs of $7,107.25, and $250.00 of costs expended by Petitioners.

I find that this Petition was filed and pursued in good faith and with a reasonable basis. Thus, an award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

- a lump sum of $7,017.25, in the form of a check payable jointly to Petitioners and Petitioners' counsel, Richard Gage, on account of services performed by counsel's law firm.

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2012).

- a lump sum of $250.00, in the form of a check payable to Petitioners, which represents Petitioners' own litigation expenses in this case.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.